IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHYMIKKA GRIGGS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NHS MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:22-cv-00565-RDP |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Shymikka Griggs ("Plaintiff") hereby voluntarily dismisses the above-captioned action in its entirety without prejudice.

DATED: June 30, 2023

Respectfully submitted,

/s/ Taylor Bartlett
Taylor Bartlett
**HENINGER GARRISON DAVIS LLC**
2224 1st Avenue N.
Birmingham, AL 35203
Tel: (205) 326-3336
Fax: (205) 380-8085
Taylor@hgdlawfirm.com

*Attorney for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically serve all counsel of record.

                                            */s/ Taylor Bartlett*