# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHYMIKKA GRIGGS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:22-cv-00565-RDP |
| **NHS MANAGEMENT, LLC,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

This case is before the court on Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. # 30). In light of the Notice, the court **DISMISSES** this case **WITHOUT PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this July 5, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE